| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEBRASKA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CUSTOM CONCRETE DESIGNS, INC.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  CCD Enterprises** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-0832002** |
| 4. | Debtor's address | **Principal place of business**<br>**1804 Paul Street**<br>**Omaha, NE 68102**<br>Number, Street, City, State & ZIP Code<br><br>**Douglas**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1804 Paul Street Omaha, NE 68102**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **ccdentomaha.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **CUSTOM CONCRETE DESIGNS, INC.**_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **CUSTOM CONCRETE DESIGNS, INC.** Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district?***
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **CUSTOM CONCRETE DESIGNS, INC.** _____ Case number (*if known*)_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **CUSTOM CONCRETE DESIGNS, INC.**                                                     Case number (*if known*)
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 11, 2025**
             MM / DD / YYYY

X **/s/ Troy Windels**                                        **Troy Windels**
  Signature of authorized representative of debtor              Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Bruce C. Barnhart**                                  Date **July 11, 2025**
  Signature of attorney for debtor                                  MM / DD / YYYY

**Bruce C. Barnhart**
Printed name

**Barnhart Law Office**
Firm name

**5215 Clay Circle**
**Omaha, NE 68152**
Number, Street, City, State & ZIP Code

Contact phone **(402)934-4430**      Email address **bruce@barnhart-law.com**

**19967 NE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEBRASKA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 11, 2025**      X **/s/ Troy Windels**
                                    Signature of individual signing on behalf of debtor

                                    **Troy Windels**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **CUSTOM CONCRETE DESIGNS, INC.**
United States Bankruptcy Court for the: **DISTRICT OF NEBRASKA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ADT<br>425 Sable Blvd Unit G<br>Aurora, CO 80011 | | trade debt | | | | $2,300.00 |
| ByzFunder NY LLC dba Byzfunder<br>530 7th Ave. Floor M1<br>New York, NY 10018 | | asset loan | | | | $72,255.00 |
| CAT - Caterpillar Financial Services Cor<br>2120 Westend Ave<br>Nashville, TN 37203 | | lease | | | | $149,009.45 |
| CAT - Caterpillar Financial Services Cor<br>2120 Westend Ave<br>Nashville, TN 37203 | | lease | | | | $80,321.82 |
| Cheryl and Wiilliam Pullen<br>1419 North 153rd Circle<br>Omaha, NE 68154 | | operating loan | | | | $45,000.00 |
| Cox Business Services<br>P.O. Box 2380<br>Omaha, NE 68103 | | Trade debt | | | | $1,000.00 |
| First National Bank of Omaha<br>1620 Dodge St SC 3129<br>Omaha, NE 68197 | | asset loan | | $16,127.00 | $16,126.00 | $1.00 |

Debtor **CUSTOM CONCRETE DESIGNS, INC.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Internal Revenue Service Centralized Insolvency Operations PO BOX 7346 Philadelphia, PA 19101-7346 | | tax | | | | $9,667.89 |
| Pulsar360, Corp 2915 Ogletown Rd, #3240 Newark, DE 19713 | | Trade Debt | | | | $1,000.00 |
| Ready Mixed Concrete Co 2625 South 158th Plaza Omaha, NE 68130 | | trade debt | | | | $175,123.91 |
| Rich Waschinek 3230 South 131st Circle Omaha, NE 68144 | | operation loan | | | | $10,000.00 |
| Savannah Windels 1804 Paul Street Omaha, NE 68102 | | unnegoitated paychecks | | | | $30,000.00 |
| Seth Woerman 3104 South 93rd Ave Omaha, NE 68124 | | operating loan | | | | $15,000.00 |
| Shred-it 7734 S 133rd Street Omaha, NE 68138 | | trade debt | | | | $3,200.00 |
| Small Business Administration District Counsel 10675 Bedford Ave, Suite 100 Omaha, NE 68134-3603 | | operating loan | | | | $537,132.00 |
| Todd Landgraf 3265 Enon Road Atlanta, GA 30349 | | operating loan | | | | $50,000.00 |
| Troy Windels 1804 Paul Street Omaha, NE 68102 | | unnegoitated paychecks | | | | $23,155.00 |
| Troy Windels 1804 Paul Street Omaha, NE 68102 | | shareholder loans | | | | $152,684.00 |
| Visual EdgeIT 3874 Highland Park NW North Canton, OH 44720 | | trade debt | | | | $400.00 |

Debtor **CUSTOM CONCRETE DESIGNS, INC.**     Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Xerox Financial Services<br>PO Box 202882<br>Dallas, TX 75320-2882 | | trade debt, printer lease | | | | $968.00 |

# United States Bankruptcy Court
## District of Nebraska

In re  **CUSTOM CONCRETE DESIGNS, INC.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Troy Windels<br>1804 Paul Street<br>Omaha, NE 68102 | | | 100% Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 11, 2025**         Signature  **/s/ Troy Windels**
                                          **Troy Windels**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nebraska

In re  **CUSTOM CONCRETE DESIGNS, INC.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 11, 2025**

**/s/ Troy Windels**  
**Troy Windels**/**President**  
Signer/Title

```
ADT
425 Sable Blvd Unit G
Aurora, CO 80011


Bayfirst National Bank
700 Central Ave
Suite 100
Saint Petersburg, FL 33701


ByzFunder NY LLC dba Byzfunder
530 7th Ave. Floor M1
New York, NY 10018


CAT - Caterpillar Financial Services Cor
2120 Westend Ave
Nashville, TN 37203


Cheryl and Wiilliam Pullen
1419 North 153rd Circle
Omaha, NE 68154


Cox Business Services
P.O. Box 2380
Omaha, NE 68103


Douglas County Attorney
428 Hall Of Justice
Omaha, NE 68183


Douglas County Treasurer
909 Civic Center
Omaha, NE 68183


Enterprise Bank
12800 W. Center Road
Omaha, NE 68144


First National Bank of Omaha
1620 Dodge St
SC 3129
Omaha, NE 68197
```

```
Internal Revenue Service
Centralized Insolvency Operations
PO BOX 7346
Philadelphia, PA 19101-7346


Kapitus LLC
2500 Wilson Bouldevard
Arlington, VA 22201


Logan Contractors Supply
6544 L Street
Omaha, NE 68117


MCA Resolve LLC
220 Congress Park, Suite 215
Delray Beach, FL 33445


Nebraska Department Of Revenue
P.O. Box 94818
Lincoln, NE 68508-4818


Pulsar360, Corp
2915 Ogletown Rd, #3240
Newark, DE 19713


Ready Mixed Concrete Co
2625 South 158th Plaza
Omaha, NE 68130


Rich Waschinek
3230 South 131st Circle
Omaha, NE 68144


Savannah Windels
1804 Paul Street
Omaha, NE 68102


SBA DFC
721 19th Street
3rd Floor Attn: FAD
Denver, CO 80202


Seth Woerman
3104 South 93rd Ave
Omaha, NE 68124
```

Shred-it
7734 S 133rd Street
Omaha, NE 68138

Small Business Administration
District Counsel
10675 Bedford Ave, Suite 100
Omaha, NE 68134-3603

Todd Landgraf
3265 Enon Road
Atlanta, GA 30349

Troy A Windels
1804 Paul Street
Omaha, NE 68102

Troy Windels
1804 Paul Street
Omaha, NE 68102

US Attorney General
United Stated Dept of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20503-0001

Veridan Credit Union
1827 Ansborough Avenue
Waterloo, IA 50701

Visual EdgeIT
3874 Highland Park NW
North Canton, OH 44720

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

# United States Bankruptcy Court
### District of Nebraska

In re  **CUSTOM CONCRETE DESIGNS, INC.**  
                         Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CUSTOM CONCRETE DESIGNS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 11, 2025**  
Date

/s/ **Bruce C. Barnhart**  
**Bruce C. Barnhart**  
Signature of Attorney or Litigant  
Counsel for  **CUSTOM CONCRETE DESIGNS, INC.**  
**Barnhart Law Office**  
**5215 Clay Circle**  
**Omaha, NE 68152**  
**(402)934-4430 Fax:(402)384-1109**  
**bruce@barnhart-law.com**

# United States Bankruptcy Court
### District of Nebraska

In re  **CUSTOM CONCRETE DESIGNS, INC.**　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　**11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Troy Windels**, declare under penalty of perjury that I am the **President** of **CUSTOM CONCRETE DESIGNS, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 10th day of July, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Troy Windels**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Troy Windels**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Troy Windels**, **President** of this Corporation is authorized and directed to employ **Bruce C. Barnhart**, attorney and the law firm of **Barnhart Law Office** to represent the corporation in such bankruptcy case."

Date  7/11/2025　　　　　　　　　　　　　　　Signed  /s/ Troy Windels
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Troy Windels**

Resolution of Board of Directors
of
**CUSTOM CONCRETE DESIGNS, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Troy Windels**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Troy Windels**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Troy Windels**, **President** of this Corporation is authorized and directed to employ **Bruce C. Barnhart**, attorney and the law firm of **Barnhart Law Office** to represent the corporation in such bankruptcy case.

Date  July 10, 2025                                   Signed  /s/ Troy Windels
                                                              **Troy Windels**