**Fill in this information to identify the case:**

Debtor name      **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the:     DISTRICT OF NEBRASKA

Case number (if known)     **25-80700**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■     *Schedule H: Codebtors* (Official Form 206H)

■     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐     Amended *Schedule*

☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 25, 2025**          *X* **/s/ Troy Windels**
                                            Signature of individual signing on behalf of debtor

                                            **Troy Windels**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **25-80700**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $    **1,800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... $    **734,345.40**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................... $    **2,534,345.40**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **1,254,556.26**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **9,667.89**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$    **1,348,549.18**

4.  **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b

| $    **2,612,773.33** |
|---|

**Fill in this information to identify the case:**

Debtor name  **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known)  **25-80700**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **BMO Bank, operating account** | checking | 5476 | $15,831.02 |
| 3.2. | **BMO Bank, petty cash** | checking | 1416 | $7,604.01 |
| 3.3. | **BMO Bank, consolidation account** | checking | 5484 | $147.03 |
| 3.4. | **BMO Bank, fuel account** | checking | 5210 | $307.34 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $23,889.40 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number *(If known)* **25-80700** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.  prepaid residential contract deposits, none ................................................... **$0.00**

---

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                    **$0.00**

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:        **205,735.00**  -        **0.00**  = ....        **$205,735.00**
    
    _____face amount_____              _____doubtful or uncollectible accounts_____

    11b. Over 90 days old:          **0.00**  -        **0.00**  = ....        **$0.00**
    
    _____face amount_____              _____doubtful or uncollectible accounts_____

---

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            **$205,735.00**

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** work in progress **Total contracts value** **$351,74.00** | | **$0.00** | Liquidation | **$35,174.00** |

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number *(If known)* **25-80700** |
|---|---|---|
| | Name | |

**21.** **Finished goods, including goods held for resale**

**22.** **Other inventory or supplies**

| | General description | Date | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| | Rebar, all types | 7/11/2025 | $0.00 | Liquidation | $400.00 |
| | Expansion material | 7/11/2025 | $0.00 | | $10.00 |
| | fuel | 6-24-2025 | $0.00 | Recent cost | $1,437.00 |

**23.** **Total of Part 5.**

|  | $37,021.00 |
|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office furniture | $0.00 | Liquidation | $6,500.00 |
| 40. | **Office fixtures** fixtures | $0.00 | Liquidation | $4,500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** leased office equipment | $0.00 | Liquidation | $0.00 |
| | computers, printers, telephones, software | $0.00 | Liquidation | $2,500.00 |

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | | Case number *(If known)* **25-80700** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **telephones, leased** | $0.00 | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $13,500.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2004 Dodge Ram 3500**<br>**VIN: 3D7MU48C14G196131** | $0.00 | Comparable sale | $6,000.00 |
| 47.2. | **1996 Freightliner Conventional**<br>**VIN: 1FUYDXYB4TP642439** | $0.00 | Comparable sale | $15,000.00 |
| 47.3. | **1996 Dodge Ram 3500**<br>**VIN: 1B6MC3650TJ186008** | $0.00 | Comparable sale | $3,000.00 |
| 47.4. | **2017 Chevrolet 2500**<br>**VIN: 1GC1KWEY0HF176636** | $0.00 | Comparable sale | $35,000.00 |
| 47.5. | **Sterling LT9513**<br>**VIN: 2FZMAZDLX5AN94196** | $0.00 | Comparable sale | $20,000.00 |
| 47.6. | **2015 Chevrolet 3500**<br>**VIN: 1GB4KYC85FF169095** | $0.00 | Comparable sale | $20,000.00 |
| 47.7. | **2015 Chevrolet 3500**<br>**VIN: 1GB4KYC85FF169193** | $0.00 | Comparable sale | $20,000.00 |
| 47.8. | **2008 Ford F450**<br>**VIN: 1FDXW47R88EA03330** | $0.00 | Comparable sale | $15,000.00 |

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                    Case number *(If known)* **25-80700**
_____
Name

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. | **1996 Felling Trailer**<br>**VIN: 1F9FS1628T1072410** | $0.00 | Comparable sale | $2,000.00 |
| 48.2. | **2000 Cargomate Trailer**<br>**VIN: 4X4TSEZ23YN022110** | $0.00 | Comparable sale | $3,000.00 |
| 48.3. | **2015 Homemade Trailer**<br>**VIN: 143439914343208NE** | $0.00 | Comparable sale | $2,000.00 |
| 48.4. | **1998 Yel Trailer**<br>**VIN: 4U161AEX3WIX36810** | $0.00 | Comparable sale | $5,000.00 |
| 48.5. | **2007 Interstate Trailer**<br>**VIN: 1UK500D1X61050671** | $0.00 | Comparable sale | $2,500.00 |
| 48.6. | **2020 Texas Pride Trailer**<br>**VIN: 7HCG2KBE8LB013035** | $0.00 | Comparable sale | $7,000.00 |
| 48.7. | **1991 Hommade Trailer**<br>**VIN: IA25072** | $0.00 | Comparable sale | $2,500.00 |
| 48.8. | **2005 Cornhusker Trailer**<br>**VIN: 1T91C193750007740** | $0.00 | Comparable sale | $10,000.00 |
| 48.9. | **2022 Texas Pride Trailer**<br>**VIN: 7HCBL2227NB031865** | $0.00 | Comparable sale | $7,000.00 |
| 48.10. | **2011 Maxey Trailer**<br>**VIN: 5GXAG1216BM014533** | $0.00 | Comparable sale | $1,000.00 |

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

| | | | |
|---|---|---|---|
| **001 BOBCAT EXCAVATOR #234114234, held**<br>**jointly with Dynasty Gardens, Inc.** | $0.00 | Comparable sale | $3,000.00 |
| **002 HONDA VIBRATING BACKPACK**<br>**#121-1787** | $0.00 | Comparable sale | $700.00 |
| **005 PLOW BOX RT3-VSH2 8-2 #405599358** | $0.00 | Comparable sale | $4,000.00 |
| **006 PLOW BOX RT3-VSH2 9-2 #405599352** | $0.00 | Comparable sale | $4,000.00 |
| **013 BIG CONCRETE BUGGY** | $0.00 | Comparable sale | $4,000.00 |

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                    Case number *(If known)*  **25-80700**
_____
Name

| | | | |
|---|---|---|---|
| **017 POWER TROWEL 48" 9HP HONDA #MK011489** | $0.00 | Comparable sale | $2,000.00 |
| **019 HOT WATER PRESSURE WASHR#HSP-3504-3MGH** | $0.00 | Comparable sale | $3,000.00 |
| **020 2007 JOHN DEERE TRACTOR #T031SG957853** | $0.00 | Comparable sale | $20,000.00 |
| **021 STRIKER 500 # HYDRAULIC BRKR #13989** | $0.00 | Comparable sale | $3,000.00 |
| **022 RIDE ON DBLE DRUM #WNCRD12LCPUM00277** | $0.00 | Comparable sale | $15,000.00 |
| **024 EDGE AUGER BP 210** | $0.00 | Comparable sale | $3,000.00 |
| **025 FORKLIFT** | $0.00 | Comparable sale | $3,000.00 |
| **026 GRAPPLER BUCKET** | $0.00 | Comparable sale | $3,000.00 |
| **028 PALADIN BREAKER** | $0.00 | Comparable sale | $3,000.00 |
| **029 PROWLER SAW** | $0.00 | Comparable sale | $2,500.00 |
| **030 REBAR GUN (2)** | $0.00 | Comparable sale | $500.00 |
| **031 REBAR GUN** | $0.00 | Comparable sale | $500.00 |
| **033 BROOM ATTACHMENT** | $0.00 | Comparable sale | $4,000.00 |

51.  **Total of Part 8.**                                                          | **$254,200.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 9:      **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                        Case number *(If known)*  **25-80700**
_____
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1804 Paul Street, Omaha, NE 68102** | **retain** | **$0.00** | **Comparable sale** | **$1,800,000.00** |

56.    **Total of Part 9.**                                                    | **$1,800,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)
**American Tower Lease, 30 year lease, 26 years remaining, $1,210.00 and $350.00 per month to 2030, increases 5% in 2030.**

**200,000.00** - _____ **0.00** =
Total face amount    doubtful or uncollectible amount

|  |  |  |  | **$200,000.00** |
|---|---|---|---|---|

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                                    Case number *(If known)*  **25-80700**
           Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    | $200,000.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number *(If known)* | **25-80700** |
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$23,889.40** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$205,735.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$37,021.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$13,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$254,200.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | **$1,800,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$200,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$734,345.40** | + 91b. **$1,800,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$2,534,345.40** |

| Fill in this information to identify the case: |
|---|
| Debtor name  **CUSTOM CONCRETE DESIGNS, INC.** |
| United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA |
| Case number (if known)  **25-80700** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bayfirst National Bank** | Describe debtor's property that is subject to a lien | $136,089.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**700 Central Ave
Suite 100
Saint Petersburg, FL 33701**
Creditor's mailing address

**All Asset Loan**

Describe the lien

**non-purchase money security interest**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**8/22/2023**

**Last 4 digits of account number**

**9108**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Douglas County Treasurer** | Describe debtor's property that is subject to a lien | $20,701.26 | $1,800,000.00 |
|---|---|---|---|---|

Creditor's Name

**909 Civic Center
Omaha, NE 68183**
Creditor's mailing address

**1804 Paul Street, Omaha, NE 68102**

Describe the lien

**Statutory Lien**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of 3

Debtor **CUSTOM CONCRETE DESIGNS, INC.**      Case number *(if known)* **25-80700**
    Name

☐ No      ☐ Contingent
■ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.
**1. Douglas County
Treasurer
2. Enterprise Bank**

---

| 2.3 | **Enterprise Bank** |
|---|---|

Creditor's Name

**12800 W. Center Road
Omaha, NE 68144**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/24/2021
Last 4 digits of account number
8510**
Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**1804 Paul Street, Omaha, NE 68102**     **$871,476.00**     **$1,800,000.00**

**Describe the lien**
**mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First National Bank of Omaha** |
|---|---|

Creditor's Name

**1620 Dodge St
SC 3129
Omaha, NE 68197**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0681**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**BMO Bank, operating account - checking - Acct# 5476**     **$16,127.00**     **$15,831.02**

**Describe the lien**
**blanket lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kapitus LLC** | **Describe debtor's property that is subject to a lien** | **$210,163.00** | **$210,163.00** |
|---|---|---|---|---|

---

| Debtor | CUSTOM CONCRETE DESIGNS, INC. | | Case number (if known) | 25-80700 |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | (i) all accounts, accounts receivable, contracts, real property leases, notes, bills, acceptances, chooses in action, chattel paper, instruments, documents and other forms of obligations at any time owing to the Borrower arising out of |
|---|---|

**2500 Wilson Bouldevard**
**Arlington, VA 22201**

Creditor's mailing address

**Describe the lien**

**non-purchase money security interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**5/25/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1231**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,254,556.26 |
|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Douglas County Attorney**<br>**428 Hall Of Justice**<br>**Omaha, NE 68183** | Line **2.2** | |
| **Small Business Administration**<br>**District Counsel**<br>**10675 Bedford Ave, Suite 100**<br>**Omaha, NE 68134-3603** | Line **2.1** | |

---

**Fill in this information to identify the case:**

Debtor name  **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the:  **DISTRICT OF NEBRASKA**

Case number (if known)  **25-80700**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,667.89** | **$9,667.89** |
|  | Date or dates debt was incurred<br>**3/31/2024** | Basis for the claim:<br>**941 taxes First Quarter 2024 and previous quarters** |  |  |
|  | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Nebraska Department Of Revenue**<br>**P.O. Box 94818**<br>**Lincoln, NE 68508-4818** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** |  |  |
|  | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | CUSTOM CONCRETE DESIGNS, INC. | Case number (if known) | 25-80700 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**ADT**
**425 Sable Blvd Unit G**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  8713,2791**

**Basis for the claim:  trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,255.00 |
|---|---|---|---|

**ByzFunder NY LLC dba Byzfunder**
**530 7th Ave. Floor M1**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/4/2024**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,009.45 |
|---|---|---|---|

**CAT - Caterpillar Financial Services Cor**
**2120 Westend Ave**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1920**

**Basis for the claim:  lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,321.82 |
|---|---|---|---|

**CAT - Caterpillar Financial Services Cor**
**2120 Westend Ave**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1929**

**Basis for the claim:  lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Cheryl and Wiilliam Pullen**
**1419 North 153rd Circle**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  operating loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Cox Business Services**
**P.O. Box 2380**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1702**

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Contractors Supply**
**6544 L Street**
**Omaha, NE 68117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:  trade debt, payments current**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number (if known) | **25-80700** |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MCA Resolve LLC**
**220 Congress Park, Suite 215**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/17/2025**

**Last 4 digits of account number __**

**Basis for the claim:  third party debt negotiator**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Pulsar360, Corp**
**2915 Ogletown Rd, #3240**
**Newark, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  9806**

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,123.91**

**Ready Mixed Concrete Co**
**2625 South 158th Plaza**
**Omaha, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Rich Waschinek**
**3230 South 131st Circle**
**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  operation loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Savannah Windels**
**1804 Paul Street**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Paychecks not negotiated**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Seth Woerman**
**3104 South 93rd Ave**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  operating loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00**

**Shred-it**
**7734 S 133rd Street**
**Omaha, NE 68138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | CUSTOM CONCRETE DESIGNS, INC. | Case number (if known) | 25-80700 |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$537,132.00**

**Small Business Administration
District Counsel
10675 Bedford Ave, Suite 100
Omaha, NE 68134-3603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9106**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Todd Landgraf
3265 Enon Road
Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **operating loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,155.00**

**Troy Windels
1804 Paul Street
Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **paychecks, not negotiated**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152,684.00**

**Troy Windels
1804 Paul Street
Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **shareholder loans, Chase Card and life insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Veridan Credit Union
1827 Ansborough Avenue
Waterloo, IA 50701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Visual EdgeIT
3874 Highland Park NW
North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **CC41**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$968.00**

**Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt, printer lease**

Last 4 digits of account number  **8001**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number (if known) | **25-80700** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SBA DFC**<br>**721 19th Street**<br>**3rd Floor Attn: FAD**<br>**Denver, CO 80202** | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **US Attorney General**<br>**United Stated Dept of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20503-0001** | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  9,667.89 |
| **5b. Total claims from Part 2** | 5b.  + | $  1,348,549.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,358,217.07 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **CUSTOM CONCRETE DESIGNS, INC.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA |
| Case number (if known)    **25-80700** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Office Security Account Number: 203012791 Monthly Payment - $230 Current outstanding - $1,193.50** |
| State the term remaining | |
| List the contract number of any government contract | **ADT 425 Sable Blvd Unit G Aurora, CO 80011** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Shop Security Account Number: 403538713 Monthly Payment - $142.32 Default status - $823.04** |
| State the term remaining | |
| List the contract number of any government contract | **ADT 425 Sable Blvd Unit G Aurora, CO 80011** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Contract # - 001-70091920, to be assumed two skid loaders Monthly payment: $4,245.88 Term: 11-3-2022 - 11-3-2027** |
| State the term remaining | |
| List the contract number of any government contract | **CAT - Caterpillar Financial Services Cor 2120 Westend Ave Nashville, TN 37203** |

| Debtor 1 | **CUSTOM CONCRETE DESIGNS, INC.** | | | Case number (*if known*) | **25-80700** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Contract # - 001-70091929 Monthly payment: $2,245.99 Term: 11-3-2022 - 11-3-2027 to be rejected** |
| State the term remaining | |
| List the contract number of any government contract | **CAT - Caterpillar Financial Services Cor 2120 Westend Ave Nashville, TN 37203** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Account # - 132 - 048221702 Term expiration date - 04/14/2026 Monthly payment - $581.93 Description - TV / Internet Current outstanding - $506.56** |
| State the term remaining | |
| List the contract number of any government contract | **Cox Business Services P.O. Box 2380 Omaha, NE 68103** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Listing contract expiration date - 04/07-2026** |
| State the term remaining | |
| List the contract number of any government contract | **Investors Realty Inc 11301 Davenport St Omaha, NE 68154-2605** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Account # - 169806 Term expiration date - 05/2026 Monthly payment - $330 Description - Phone services Current outstanding - $947.78** |
| State the term remaining | |
| List the contract number of any government contract | **Pulsar360, Corp 2915 Ogletown Rd, #3240 Newark, DE 19713** |

Debtor 1  **CUSTOM CONCRETE DESIGNS, INC.**                                      Case number (*if known*)  **25-80700**
_____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract # - 1000509162**<br>**Term expiration date - 06-05-2026**<br>**Default amount - $714.50**<br>**Description - Paper shredding services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shred-it**<br>**7734 S 133rd Street**<br>**Omaha, NE 68138** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract # - CON16388-CSL-01**<br>**Term expiration date - 05/2026**<br>**Monthly payment - $38.98**<br>**Description - Third party telecom management company**<br>**Current outstanding - $375.25** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Visual EdgeIT**<br>**3874 Highland Park NW**<br>**North Canton, OH 44720** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract # - 500-50219389**<br>**Locked out of account.**<br>**Description - Printer Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Xerox Financial Services**<br>**PO Box 202882**<br>**Dallas, TX 75320-2882** |

**Fill in this information to identify the case:**

Debtor name     **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the:     DISTRICT OF NEBRASKA

Case number (if known)     **25-80700**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Troy A Windels** | **1804 Paul Street Omaha, NE 68102** | **Bayfirst National Bank** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Troy A Windels** | **1804 Paul Street Omaha, NE 68102** | **ByzFunder NY LLC dba Byzfunder** | ☐ D _____ <br> ■ E/F ___**3.2**___ <br> ☐ G _____ |
| 2.3 | **Troy A Windels** | **1804 Paul Street Omaha, NE 68102** | **Kapitus LLC** | ■ D ___**2.5**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Troy A Windels** | **1804 Paul Street Omaha, NE 68102** | **First National Bank of Omaha** | ■ D ___**2.4**___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **CUSTOM CONCRETE DESIGNS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **25-80700**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$861,109.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,059,464.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,383,206.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number *(if known)* **25-80700** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Veridan Credit Union**<br>**1827 Ansborough Avenue**<br>**Waterloo, IA 50701**<br>**none** | **monthly payments of $307.00** | **$3,684.00** | **2018 Jeep Cherokee owned jointly by Troy Windels and Savannah Windels. Primarily used by Savannah Windels for primarily business purposes.** |
| 4.2. **Personally Guaranteed debts** | | **$0.00** | **Debtor has paid creditor personally guaranteed by Troy Windels in the ordinary course of business.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number *(if known)* **25-80700** |
|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barnhart Law Office<br>5215 Clay Circle<br>Omaha, NE 68152** | **Attorney Fees** | **7/1/2025** | **$8,000.00** |
| | **Email or website address<br>bruce@barnhart-law.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **CUSTOM CONCRETE DESIGNS, INC.** | Case number *(if known)* **25-80700** |
| --- | --- | --- |

| Address | Dates of occupancy From-To |
| --- | --- |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Transamerica 401(k) and Roth IRA** | EIN:  **47-0832002** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **BMO Bank NA 13220 California St Omaha, NE 68154** | **XXXX-6358** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9-14-2024** | **$0.00** |

---

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                    Case number *(if known)* **25-80700**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **BMO Bank N.A**<br>**13220 California St**<br>**Omaha, NE 68154** | **XXXX-0701** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9-14-2024** | **$0.00** |
| 18.3. | **BMO Bank NA**<br>**13220 California St**<br>**Omaha, NE 68154** | **XXXX-8755** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9-14-2024** | **$0.00** |
| 18.4. | **BMO Bank NA**<br>**13220 California St**<br>**Omaha, NE 68154** | **XXXX-3081** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9-14-2024** | **$0.00** |
| 18.5. | **BMO Bank NA**<br>**13220 California St**<br>**Omaha, NE 68154** | **XXXX-0870** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9-14-2024** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                                    Case number *(if known)*  **25-80700**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **DJMM Construction, LLC**<br>**19107 Pinehurst Ave**<br>**Omaha, NE 68130** | **1804 Paul Street**<br>**Omaha, NE 68102** | **carpet, light fixtures, other items for household repairs** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Employees** | **BOM account XXXX5263** | **BMO Bank, payroll account, taxes and other employee withholdings** | **$4,538.06** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **CUSTOM CONCRETE DESIGNS, INC.**                     Case number *(if known)* **25-80700**

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **W.E. Stevens PC**<br>**16850 Frances St Ste 100**<br>**Omaha, NE 68130** | **since 2012** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **WE Stevens, PC**<br>**16850 Frances St #100**<br>**Omaha, NE 68130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Troy A Windels** | **1804 Paul Street**<br>**Omaha, NE 68102** | **President** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | CUSTOM CONCRETE DESIGNS, INC. | Case number *(if known)* | 25-80700 |
|---|---|---|---|

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Troy A Windels**<br>**1804 Paul Street**<br>**Omaha, NE 68102** | **Wages $65,000.00**<br>**Life Insurance loan repayment, estimated $14,000.00** |  | **Compensation, loan from Life Insurance policy** |
|  | Relationship to debtor<br>**owner** |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Transamerica** | **EIN:   47-0832002** |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2025**

**/s/ Troy Windels**

Signature of individual signing on behalf of the debtor

**Troy Windels**

Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ■ No
- ☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nebraska

In re  **CUSTOM CONCRETE DESIGNS, INC.**　　　　　　　　　　　Case No. __**25-80700**__

　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter __**11**__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　For legal services, I have agreed to accept ............................................... $ _____**0.00**

　　Prior to the filing of this statement I have received ............................... $ _____**0.00**

　　Balance Due ............................................................................................. $ _____**0.00**

2.　The source of the compensation paid to me was:

　　■ Debtor　　　☐ Other (specify):

3.　The source of compensation to be paid to me is:

　　■ Debtor　　　☐ Other (specify):

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d.　[Other provisions as needed]
　　　　**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 25, 2025**　　　　　　　　　　　　　**/s/ Bruce C. Barnhart**
*Date*　　　　　　　　　　　　　　　　　**Bruce C. Barnhart**
　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　**Barnhart Law Office**
　　　　　　　　　　　　　　　　　　　**5215 Clay Circle**
　　　　　　　　　　　　　　　　　　　**Omaha, NE 68152**
　　　　　　　　　　　　　　　　　　　**(402)934-4430  Fax: (402)384-1109**
　　　　　　　　　　　　　　　　　　　**bruce@barnhart-law.com**
　　　　　　　　　　　　　　　　　　　*Name of law firm*